## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Caroline Rose Thomas,

        Plaintiff,

v.

City of Minneapolis, Minneapolis Police Officer Chad Fuchs, Minneapolis Police Officer Lucas Peterson and Minneapolis Police Officer John Doe,

        Defendants.

Civil File No.: 05-2832 (RHK/JSM)

**ORDER OF DISMISSAL OF CHAD FUCHS AND LUCAS PETERSON**

---

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 15) executed by the attorneys for the parties, **IT IS ORDERED** that all claims against Officer Chad Fuchs and Officer Lucas Peterson are **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

Dated:  August 1, 2007

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge